# Court of Appeals
# of the State of Georgia

ATLANTA,  February 03, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0213. MICHAEL WEEKS v. CHELSEA CLAY.

Michael Weeks and Chelsea Clay are the biological parents of a child born in 2017. Weeks filed a legitimation action, and in December 2024, the trial court entered an order denying the petition for legitimation and awarding Clay sole legal and physical custody. Weeks then filed this timely application for discretionary appeal challenging the trial court's order, including the award of custody to Clay.

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Because Weeks challenges the trial court's custody ruling, the order is subject to direct appeal. See *In the Interest of N. C.*, 363 Ga. App. 398, 403 (1) (870 SE2d 569) (2022) ("Normally, appeals in legitimation cases must be initiated by filing an application for discretionary appeal. However, a party seeking to challenge a child custody order entered in a legitimation case may file a direct appeal.") (citation omitted). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).

Accordingly, this application is hereby GRANTED. Weeks has ten days from the date of this order to file a notice of appeal if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  *02/03/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*